**FILED**
CLERK, U.S. DISTRICT COURT

7/14/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-CR-00588-SB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| ANGUS JOHNSON, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 14, 2025, in Los Angeles County, within the Central District of California, defendant ANGUS JOHNSON intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with employees of the Federal Protective Service and an employee of the California National Guard, while the employees were

//

//

engaged in, and on account of, the performance of their official duties.

```
                                    BILAL A. ESSAYLI
                                    United States Attorney

                                    CHRISTINA T. SHAY
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    /s/ Frances S. Lewis

                                    FRANCES S. LEWIS
                                    Assistant United States Attorney
                                    Chief, General Crimes Section

                                    GREGG E. MARMARO
                                    Assistant United States Attorney
                                    Major Frauds Section
```