BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorney
Major Frauds Section
      1100 Unted States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-8500
      Facsimile: (213) 894-0142
      E-mail:   gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00588-E |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM FOR DEFENDANT ANGUS JOHNSON |
| v. | |
| ANGUS JOHNSON, | Hearing Date: November 7, 2025 |
| Defendant. | Hearing Time: 9:30 a.m. |
| | Location:    Courtroom of the |
| | Hon. Charles F. Eick |

Plaintiff United States of America, by and through its counsel of record, respectfully requests that the Court sentence defendant in accordance with paragraphs 14 and 3(h) of the Plea Agreement (Dkt. 16), which Plaintiff submits is sufficient but not greater than necessary to achieve the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

//

//

//

//

//

Dated: October 24, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


          /s/
GREGG E. MARMARO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2