# EXHIBIT A

The Honorable Charles F. Eick
United States District Judge
255 E. Temple Street, Courtroom 750
Los Angeles, California 90012

September 25, 2025

Dear Judge Eick,

I am writing in strong and unwavering support for my son, Angus Johnson. As his mother, I tend to avoid taking much credit for what an extraordinary person he is. In this case, however, I recognize it is important for us to provide you with a sense of who Angus is and where he comes from. My husband, Greg Johnson, and I have been married for 30 years. By choice, neither my husband nor I drink. Our home is full of artwork and animals but not a lot of drama. We have lived in Beaverton, Oregon where Angus was born and raised for the last 26 years. I am a full professor and veterinary pathologist at Oregon Health and Science University, heading the pathology unit at the Oregon National Primate Research Center since 1999. My husband also worked at the primate center until his retirement last year. I received my undergraduate degree from the University of Pennsylvania; my veterinary degree from Texas A&M University; residency training at the Bronx Zoo; and a PhD in Experimental Pathology from the Ohio State University. Angus is the younger of our two children. His older sister, Penelope, is in her fourth year of medical school at Oregon Health and Science University.

Angus has grown up in a stable and loving environment with invested and engaged parents. Our expectations for hard work, integrity, and academic achievement were pretty high but both children seemed to have absorbed them osmotically. Angus's innate moral sense of right and wrong is very strong. His desire to do well and to do right are deeply rooted. He attended Valley Catholic School for middle and high school. Although we are not Catholic, he was well aligned with the general moral principles of the school community. He grew up with a menagerie of dogs, cats, and rabbits and showed 4H chickens and pigeons at our county fair. He got his beloved border terrier, Ike, in middle school; Ike now 11 is enjoying his best life in LA with Angus.

In his senior year of high school, Angus decided he wanted to attend film school and to take a gap year before doing so. His advocacy for this took significant effort on his part, showing both his maturity and commitment. He was accepted at Loyola Marymount's School of Film and Television with a merit scholarship and negotiated a year's deferment. He was able to work and travel (Japan and Europe) during his gap year and entered LMU just in time for the pandemic. Despite this, he graduated in four years, the only one of his LMU roommates to do so. He worked at KXLU, the college radio station, eventually becoming their music director. One of my favorite memories of his college years was listening to his on-air banter and eclectic music choices on Friday afternoons.

Since graduation he has remained in LA where he lives with good friends in whose band he plays and where he is near his Orcas band mate and close friend from elementary school. He has been working as an assistant carpenter building sets and production assistant and runner for entertainment venues. For Angus to remain in LA, where he is active in his music and artistic communities, he has had to commit to putting together jobs and opportunities to be financially independent. I have seen his growth over the last few years as he has recognized that although many of his friends come from more affluent backgrounds, he doesn't. He has grown into the understanding that although we are a strong and supportive safety net, he is an adult. I can't begin to say how proud I am of him. It is not an easy way to live (even in your twenties).

That is the background but I am not sure how to tell you the substance of who he is. Angus is such a deeply good and admirable person. He is generous to his friends, sharing his time, musicianship, creative effort, and kindness. He is smart and witty and has his father's often quirky sense of humor. I wish I could share our family group chat; it is full of artwork, sets in progress, music clips, hilarious one-liners, photos of Ike (occasionally in costume) and personal updates. He and his sister Penelope are truly friends, supportive and appreciative of each other within and outside of the family. When he comes home to Portland, it is a pleasure. He is close to his aunt and cousins, friends from high school, and still generous with his time with us, sharing things we love as a family: British TV, kayaking, time at the coast.

It is hard for me to credit that there has been good out of this incident but there has been. I am closer to and prouder of Angus than I have ever been. He knew even at the time that he was too angry and had left his friends to regroup, sitting away from the demonstration's front lines. The days when he was held at MDC were some of the hardest we have ever endured as a family. The FBI agents who transferred him from MDC to the courtroom on the Tuesday after his arrest, allowed me to talk to him on speaker phone; Angus and I both burst into tears. I can't begin to thank them for their humanity in the situation. Angus has learned much from this about both self-control and how to advocate effectively for things he believes in.

Angus is an extraordinary person, kind, generous, morally anchored, funny, and creative. He has a strong network of friends in LA. My days in LA around his arrest were filled with his friends offering support and helping me to navigate the process. And in addition to his nuclear family, he has deep resources of friends and family here in Oregon and across the country. Talking to family and friends recently has made me appreciate even more how deeply loved and supported he is by so many people. This is a man who is an asset to his community with deep goodness and potential.

Thank you for your thoughtful consideration of my and others input regarding Angus.

Sincerely,
[signature] (mom)
Anne Lewis, DVM, PhD, Diplomate, American College of Veterinary Pathologists