# EXHIBIT B

The Honorable Charles F. Eick
United States District Judge
255 E. Temple Street, Courtroom 750
Los Angeles, CA 90012

Dear Judge Eick,

Hello. My name is John Gregory (Greg) Johnson, and I am Angus Johnson's father. I must admit to a certain awkwardness at the prospect of trying to present my son in an objective manner. Angus is our "native Oregonian" having been born at OHSU Hospital in 2000. He grew up in a two parent household, with dogs, cats, and various 4-H projects. He has an older sister, Penelope. There was and is no alcohol, drugs or tobacco use in our home. He attended elementary school at Hiteon Elementary in Beaverton, OR. He was young for his grade, having been born at the end of August. Because he was a bit less mature than his classmates, we considered holding him back a year, but were advised not to, as he was more than capable of doing the work. He made friends easily, and is close to some of those kids today. He has always been an astute observer of the conditions around him. Sensitive, funny, and sometimes quick to anger, he is also quick to correct himself. He was involved in 4-H, football, lacrosse, and cross country in late elementary and middle school. At Valley Catholic High School, his lacrosse coach left at the end of his second season, and Valley Catholic decided to end their lacrosse program. Angus and a couple of his teammates approached the Athletic Director with a proposal: If they could find a coach, could they play another season? The AD agreed, and they did find a coach. It was a difficult season, as they barely had enough players to field a team, so substitution was almost non-existent. I don't think they won a game that year, but I was certainly proud of him. He graduated with honors, took a gap year before college, where he worked and did some traveling. We felt that he used the time well. He attended Loyola Marymount University in Los Angeles, in Film and Television. His first year was suspended early due to the Covid pandemic. He stayed in LA, doing most classes remotely. He still managed to thrive, and became interested in Photography and Printmaking, as well. He managed the college radio station,KXLU in his senior year. He graduated cum laude from LMU in May of 2023. Since then, he has managed to cobble a life together in LA. He works as a production assistant at a music venue, does artist relations and production assists for various music festivals, plays and produces music, builds sets for movies, TV and photo shoots. Considering that he graduated into the Hollywood Writer's strike, post Covid, I think he is doing well. He is aware that he can do these things while young, but is looking towards a more settled life in the future.

As I mentioned, he grew up in a stable home with no drugs or alcohol. His mother is a veterinary pathologist, and I retired from Oregon Health and Science University in 2024 after a 25 year career as an Animal Care Technician. I also have a background in fine arts. We have always instilled in our two children the value of every Human Being. We taught them that they could always speak their mind, as long as it was done respectfully, and there was nothing that they needed to hold back from us. They are aware that not everyone enjoys the privileges that we enjoy. We value education, and it has been a high priority in our family. My children grew up

in an environment where it was okay to be smart. Our daughter is in her fourth year of Medical School at OHSU. She and Angus are close. My relationship with Angus has also always been close. I was involved in his education, music and sports endeavors. Anne, my wife, and he have become particularly close throughout this ordeal.

Regarding the incident for which he will come before you, I can honestly say it has been the most traumatic event of his life up until now, and has disrupted our lives as well. That said, he has been willing to accept responsibility for, and accept the consequences of his actions. I am proud of him for taking a stand for what he believes, but he knows that how he handled himself subsequently was wrong. I hope that you will be able to see that he has remorse for what he has done, and wants to move forward towards better things. I know that he has learned a number of valuable lessons from this, and will emerge a better person, regardless of the consequences. Thank you for taking the time to read and consider this letter.

Respectfully.
John Gregory Johnson