# EXHIBIT C

Penelope Johnson
[redacted]
Portland, OR [redacted]
[redacted]

October 7th, 2025

The Honorable Charles F. Eick
United States District Judge
255 E. Temple Street, Courtroom 750
Los Angeles, California 90012

Dear Judge Eick,

My name is Penelope Johnson, and I am writing to you regarding my younger brother, Angus Johnson. We grew up together in Beaverton, Oregon, in a very loving home, and I feel that I can speak to who Angus is as a person, both as a child and an adult. We were close as children and have become more so as adults. I visit him frequently in LA, and he comes up to Portland to visit us as much as he can, and we call each other frequently. I am currently in my fourth year of medical school and am applying to residencies in Southern California in large part to be closer to him. I hope that my letter may help to explain more about who my brother is, outside of this bad decision.

Our childhood was a happy one. Both of our parents worked fulltime; our mom is a veterinary pathologist and our dad was a primate behavioral technician before he retired a few years ago. Our home was full of music and art (both Angus and my dad are very talented artists and musicians, and my mom is a potter and welder). We had many pets that Angus and I cared for, including cats, dogs, snakes, rabbits, and parrots. We even showed chickens and pigeons at the local county fair. Angus was always a very kind and thoughtful kid, but occasionally had problems with impulse control (had a hard time sitting still, waiting to talk until called on etc), and butted heads with my mom sometimes. Angus was diagnosed with ADHD in elementary school, and my mom was diagnosed at around that same time, and therapy and appropriate treatment for both of them improved their relationship. He was a great student, and excelled in english, art, and band class. He has always been a really talented musician, and has been playing music with his best friend as The Orcas since they were in the 5th grade. We grew up economically secure, although Angus and I both had part time jobs from the age of 15 to earn spending money. Angus has always been a very hard worker, and worked both retail jobs and manual labor on a family friends' farm to earn the money to take a gap year after high school. During his gap year he worked but also was able to travel to Europe and Japan, and still keeps up with friends he made during those trips.

He is an exceptional friend, someone people depend on. I have always admired his ability to maintain friendships throughout his life; his best friend and bandmate is someone he has known since kindergarten, and he still keeps close relationships with people from every stage of his life. I remember calling him once when he was still in college. He was walking

across campus, and our conversation was paused every two minutes or so while he was greeted by another person excited to see him. After graduating, he stayed in LA and worked tirelessly to support himself working several jobs, but still made time to help friends on film sets and at venues even when they couldn't pay him. When he was arrested, I had a flood of people reach out to me, wanting to make sure that he was ok and offer any support they could. This was an incredibly confusing and stressful time for my family, but knowing that he had a community of people who cared deeply about his well-being and his future was a source of hope for us. One of the first things he did when he was released was host a barbecue to thank all of his friends for their support during that time. I was able to be there that weekend, and I felt so reassured that he had a community in LA who would have his back and encourage him to be his best self.

He cares deeply about animals, especially his dog Ike.The day he brought Ike home he slept in his lap the whole car ride. Even at eleven, he was an exceptionally responsible dog owner and did agility and obedience classes. He took Ike to LA with him, and continued to spoil him rotten, even when Angus could only provide necessities for himself. When he was arrested, he was not given the opportunity to contact anyone and was frantic, anxious that no one knew to take care of his dog (he shouldn't have worried; I think Ike got about five dinners that night while his roommates and friends anxiously waited to hear from him). They have a very deep bond, and his sense of responsibility towards Ike is a huge motivating factor for him.

I do want to acknowledge that what he did was wrong, and does not align with the values I know him to have. He has been an unwaveringly kind and empathetic person as long as I have known him and we have had many conversations about what led him to do something so uncharacteristic. Although my medical school is in Portland, I was on a rotation in San Diego at the time of his arrest, and was able to be there with him as he processed everything. I know that he cares deeply about his community, and felt that the protests were a way of advocating for those with less power, but he feels a lot of shame for losing his temper and that he knows that he should have walked away and de-escalated the situation. He spent his time in custody terrified that he had ruined his future and let our family down, and he has made a huge effort to ensure that he will not make a mistake like that again. He was proactive about finding a therapist, returning to work and music, and surrounding himself with supportive friends. In the past few months he has started making stained glass windows, and replaced the windows in his room. It makes me really proud that he is committed to improving himself and his environment, even through such a stressful time.

My brother is a truly kind, hard-working, and talented man, and this letter could go on for another hundred pages without fully conveying how highly I think of him. I recognize that you have a responsibility to the community and that what he did was wrong, but I truly believe that spending more time in custody would only do harm. I worry that if he is sentenced to months in prison, it will disrupt the life that he has worked so hard to build for himself in Los Angeles. He would lose his apartment, job opportunities, and the connections that are vital to his well-being and growth. He has learned a valuable lesson from this experience, and has set himself up to succeed. He has the support of his friends, family, bandmates, employers, mentors and community, but most importantly, he has an internal motivation to better himself. I appreciate the opportunity to tell you about my little brother, and for your thoughtful evaluation of his case.

Thank you,
Penelope Johnson