# EXHIBIT D

The Honorable Charles F. Eick
United States District Judge
255 E. Temple Street, Courtroom 750
Los Angeles, California 90012

Dear Judge Eick

My name is Ryan Ohm, and I am one of Mr. Johnson's closest friends. A little about me to start: I currently live in Austin, Texas, where I work as a political finance consultant. I met Mr. Johnson in 2014 when we were both in the 9th grade at Valley Catholic High School in Beaverton, Oregon. We quickly became best friends, even winning the "Best Pals" superlative in our high school yearbook in the 12th grade. Fellow students and faculty would be quick to tell you that Mr. Johnson and I were inseparable during our high school years. Most days after school and on weekends were spent at one of our houses watching bad movies, playing music, or simply talking and cracking jokes.

After high school, Mr. Johnson and I separated geographically. I attended the University of Texas at Austin, and Mr. Johnson took a gap year to travel before eventually moving to Los Angeles to attend Loyola Marymount University to study film. Despite the distance, Mr. Johnson and I have remained close. In addition to staying in touch digitally, we slip back into our old ways anytime we are both in town at the same time, usually around the holidays, where we pick up right where we left off, spending time together as if no time has passed.

Mr. Johnson is one of the most intelligent and hardworking people I know. I have always considered myself a high achiever, but I was constantly trying to keep up with him in class. He took the AP classes I could not, and on the occasions when we were in the same classes, his scores on tests and papers were always, frustratingly, a few points higher than mine. In addition, Mr. Johnson is an extremely talented musician and visual artist with a passion for photography and film. He pushed me to be a better student. In an environment where it could be "cool not to care," Mr. Johnson proudly and openly worked hard at his schoolwork. He wanted to do well, and wanting to be more like him, I wanted to do well too. Without his friendship and example, I am not sure I would have ever gotten the opportunity to study at the University of Texas or have the career I have now.

I have also seen Mr. Johnson's generosity firsthand. We spent a few weeks during the summer between 10th and 11th grade traveling to Peru with the organization Courts for Kids to build a sports court for an impoverished village. Mr. Johnson and I also volunteered our time during the school year as Outdoor School counselors for Valley Catholic's 6th graders.

I was incredibly shocked and horrified when I heard of the situation Mr. Johnson has found himself in because of his bad decision. The conversations I have had with him since his arrest suggest to me that he is horrified as well. Mr. Johnson has never found himself in a situation like

this before. I believe he has learned how quickly a poor decision made in a moment of heightened emotion can lead to consequences that impact the rest of your life.

Mr. Johnson has expressed his remorse to me personally in our conversations. He is not a violent, destructive, or even disrespectful person, and his actions do not reflect the person I have known and loved for so many years. He has admitted his mistake, and I know he is ready to learn and move on from it. He has a strong support network of family and friends who love him and who I know will support him to make sure he never ends up in a situation like this again.

Mr. Johnson aims to work in the arts, either in film or in music, and I know his talent, intelligence, and work ethic will almost certainly ensure that he is successful in that endeavor. I believe leniency should be shown in this case because I know Mr. Johnson will never make a mistake like this again. He deeply regrets his actions and the harm they have caused. I believe that, with his talent, hard work, and strong network of friends and loved ones, he will be able to put this incident behind him and achieve the success in life that he deserves.

Thank you for your time and taking my letter into consideration

Sincerely,

Ryan Ohm