# EXHIBIT E

SouthState

**William E. Matthews V**
Senior Executive Vice President
Chief Financial Officer
O. 205.313.8122
600 Luckie Drive, Suite 350
Birmingham, AL 35223

September 15, 2025

The Honorable Charles F. Eick
United States District Judge
255 E. Temple Street, Courtroom 750
Los Angeles, California 90012

Re: Angus Johnson

Dear Judge Eick:

Let me start by thanking you for your service and by acknowledging the extraordinarily difficult task you regularly face in making sentencing decisions. Let me also note my remorse for the actions of my nephew, noting that my remorse pales in comparison to his own and that of his immediate family.

As his Uncle, I have known Angus since his birth. His mother Anne is my wife's older sister, and I have known Anne for almost 40 years. I live and work in Birmingham, Alabama.

Angus has always been a quiet and kind young man. He grew up in a loving household, one with a particular love for animals and nature. His mother is a scientist (DVM-PhD) engaged in research, and his now retired father also worked in animal care. My interactions with Angus have primarily been in family settings, where he has always been the polite and considerate child, willingly sharing with others enjoying time with his family. I also had the chance to witness his innate kindness and concern for others in connection with his late maternal grandparents (my wife's parents). Both his grandmother and grandfather lived in Birmingham, living near my wife and me. I thus got to see him whenever he came for visits. In particular, I recall his kindness and consideration with his grandfather near the end of his life. Angus was only 11 at the time, an age when many young people have difficulty focusing on the needs of others. Angus, however, volunteered to sit with his grandfather, providing relief for others involved in his care, and also providing his dear grandfather with something to look forward to. He never complained about being distracted from his own playtime or asked to be recognized for doing something nice, he just knew that his grandfather loved him and that he could provide him some measure of comfort and joy by spending time at his bedside, watching a football game or reading him a book.

Growing up, Angus and his sister were both active in the 4-H club, a reflection of their family's love for animals. Like his older sister, he was a good student, well-liked and respected by his teachers, and his high school success afforded him the opportunity to attend Loyola Marymount

School of Film and Television, which brought him to the Los Angeles area. He received a merit scholarship for academics and graduated Cum Laude from Loyola Marymount in 4 years, in spite of the Covid interruption. He was also a recipient of the Arupe Award there. His sister's interest in medicine led her to medical school, but Angus has long had an interest in film, music and the arts, interests he is pursuing professionally.

As I said, Angus has expressed his remorse and embarrassment for this incident. He is a kind young man with a sweet soul, and his empathetic nature combined perhaps with a lack of adult judgment caused him to err. He knew right away he had stepped over the line and regretted it immediately. Neither he nor any of his family want to be seen as diminishing the seriousness of his mistake. However, I would ask you to consider this in the context of his positive behavior historically and his future potential to make a positive impact on society. I know youth is no excuse, but he is still a young man and has already learned so much from this mistake. As I used to occasionally say about my own now-adult children, they sometimes need a little more "time on planet" to gain judgment. I believe this incident has caused him to acquire that judgment.

His family is committed to providing Angus the support to maintain his commitment to make amends for his mistake through positive future behavior. I would thus respectfully suggest to you that he has paid for, learned from, and is extremely remorseful for his mistake, and that punishment consisting of further jail time will not serve to further reinforce the values he will strive to exemplify through his behavior in the future.

I close by again thanking you for your service and for your thoughtful consideration in my nephew's case.

Sincerely,

William E. Matthews V