# EXHIBIT F

**Elizabeth L. Matthews**
[redacted]
**Birmingham, AL** [redacted]

September 22, 2025

The Honorable Charles F. Eick
United States District Judge
255 E. Temple Street, Courtroom 750
Los Angeles, California 90012

Re: Angus Johnson

Dear Judge Eick:

Thank you for allowing me to provide you with this letter regarding my nephew, Angus Johnson. His mother, Anne, is my older sister, and I have known Angus all of his life.

While Angus comes from a kind and thoughtful family, he is perhaps the sweetest-natured of the group. I always look forward to visiting with Angus and spending time with him. My husband and I have enjoyed watching him and his older sister develop and grow over the years, and we are proud of the education and honors he has earned. More than that, however, we are proud of the considerate young man he is.

Angus is an intelligent young man who is both considerate and respectful, traits he has exhibited consistently throughout his life. Unfortunately, he exercised poor self-control in a tense moment, behavior that is not reflective of the kind of person he is. I know he is both regretful and embarrassed and wishes he could take that moment back.

Our family is a close-knit group, and we have all benefited from the love and support we provide one another. Angus knows he can reach out to my husband or me for support and advice, and we are committed to helping him in his future and as he atones for his mistake. The same is true of his Aunt Kate and Uncle Joe, my other sister and her husband.

Thank you again for this opportunity and thank you for your thoughtful consideration of Angus's case, his remorse, and the productive member of society I know he will continue to be after this learning experience.

Sincerely,

EL Matthews

Elizabeth L. Matthews