To: The Honorable Charles F. Eick
United States District Judge
255 E. Temple Street, Courtroom 750
Los Angeles, California 90012

From: Mr. John Innes
RE: Mr. Angus Johnson

Dear Judge Eick:

My name is John Innes and I am an English and Creative Writing teacher of 23 years at Valley Catholic High School in Beaverton, Oregon. I taught Mr. Angus Johnson and his sister Penelope for two years each: once their sophomore year and again their senior year. The Johnsons are an intelligent and good family, and I enjoyed getting to know them very much years ago when I was their children's English and Creative Writing teacher.

As a student, Angus was intelligent, thoughtful, well read, and a very solid writer. As I recall, he took particular interest in social sciences, and I can remember he and his good friend Ryan Ohm having many in-depth conversations with our history/government department teachers both in and out of the classroom. Although I remember Angus as being passionate, insightful, and, at times, fiery, Angus was always respectful with our faculty and was very well liked by our staff and student body alike.

I was fortunate enough to teach Angus during his senior year in my creative writing class. I say I was fortunate because sophomore boys mature considerably between being fifteen/sixteen and becoming eighteen-year-old young men. I did keep in touch with Angus after his graduation, but I would say our conversations were light-hearted in nature. Still, I always found him to be a continued representation of reverence and respect, of admiration for the time I committed to him, and to the upbringing that his parents, Valley Catholic, and his Portland-area childhood provided him.

I am not entirely familiar with Mr. Johnson's legal transgressions, but I am certain of my being in his corner in regard to the nature of his character and his passion. I have never known Angus to be extreme or disrespectful of his beliefs, and I have always looked back fondly on our rapport and love for culture, writing, human nature, and life in general. I think he is a terrific young man with a great support system of family, friends, and former teachers.

Please reach out to me if you have further questions or concerns.

Most Sincerely,

John Innes
[redacted]