UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: 2:25-cr-00588-E  
Date: 11/7/2025

Present: The Honorable: Charles F. Eick, U.S. Magistrate Judge

Interpreter: N/A

| Marina Moreno-Carrillo | C/S 11/7/25 | Gregg Eli Marmaro |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Angus L Johnson | X | | X | Kyra Kristine Nickell | X | X | |

**Proceedings:** Sentencing

Case called. Counsel made appearances. Defendant present.

After hearing from defendant and both counsel, the Court imposes sentence on defendant.

The bond is exonerated and defendant is to remain on release on his own recognizance prior to self-surrender.

See copy of the attached Judgment and Commitment order.

Defendant is advised of his appellate rights.

Refer to separate Judgment and Probation/Commitment order.

cc

00 : 30  
Initials of Deputy Clerk  MMC